FORM poJRH7–JRH–Hearing – Automatic Stay Only (08/08)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Laura Jane Tindall**<br>5676 Verta Dr NE<br>Belmont, MI 49306–9493<br>SSN: xxx–xx–5396<br><br>**Debtor(s)** | **Case Number 10–04257–jrh**<br><br>**Chapter 7**<br><br>**Honorable Jeffrey R. Hughes** |

Page 1 of 1

# ORDER RE: GMAC MORTGAGE, LLC 'S JUNE 16, 2010 MOTION (DN 11 )

At a session of said Court of Bankruptcy, held in and for said district.

PRESENT:  HONORABLE JEFFREY R. HUGHES
United States Bankruptcy Judge

On June 16, 2010 , GMAC Mortgage, LLC ("Creditor") filed a motion entitled " Motion for Relief from the Automatic Stay ." On August 12, 2010 , the court held a hearing concerning Creditor's motion.

IT IS ORDERED that the automatic stay is modified so that Creditor may enforce its rights in the property described in its motion as 5676 Verta Drive, Belmont, Michigan . Enforcement shall be consistent with Creditor's note(s) and security agreement(s)/mortgage(s)/lease(s) and in accordance with federal and state law.

**[END OF ORDER]**

A copy of this order has been returned to Ryan M. Moldovan , Esq., for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.

---

[1] *Aliases for Debtor Laura Jane Tindall : aka Laura J Tindall*



**Signed: August 13, 2010**

Hon. Jeffrey R. Hughes
United States Bankruptcy Judge